IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 08-151-M |
| Nicoli Mangiaracina, Jr., | ) |
| Defendant. | ) |

O R D E R

WHEREAS, this matter came before this Court on September 5th, 2008 for the purpose of a preliminary hearing; and

WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 9/3/2008

Honorable Leonard P. Stark
United States Magistrate Judge